SHARON MANGERSON, Independent Executor
of the Estate of JOHN WRANA, JR., Deceased,

                Plaintiff

     v.                                                Case No. 14 CV 4661

VILLAGE OF PARK FOREST, *et al.*,

                Defendants.

## PLAINTIFF'S MOTION TO DISQUALIFY AND STRIKE THE APPEARANCES OF TERRY A. EKL, TRACY STANKER AND EKL, WILLIAMS & PROVENZALE LLC

# EXHIBIT B

<div style="text-align: center;">

# NICHOLAS G. GRAPSAS, LTD.
ATTORNEY AT LAW
1622 COLONIAL PARKWAY
Suite LA
INVERNESS, ILLINOIS 60067
(847) 963-0100   (312) 852-0100
Fax: (847)496-4148
nggsr@comcast.net
www.chicago-trial-lawyer.net

</div>

April 3, 2014

**By U.S. Mail**

Honorable Anita Alvarez
Cook County State's Attorney
69 W. Washington Street
32nd Floor
Chicago, IL. 60602

    Re:    Your Case: *People of the State of Illinois v. Craig Taylor, No. 14 MC1 110829*;
             Our Case: *The Estate of John Wrana*

Dear Ms. Alvarez:

    As you may know, we represent the Executor of the Estate of John Wrana, whose decedent is the homicide victim relative to your prosecution in the matter of the *People of the State of Illinois v. Craig Taylor, No. 14 MC1 110829*. Our representation encompasses the pursuit and prosecution of any and all civil claims on behalf of the Estate against all persons liable for the homicide of Mr. Wrana, including your defendant in the above-referenced matter, Police Officer Craig Taylor.

    On April 2, 2014, Attorney Terry Ekl appeared in court on behalf of defendant Taylor in your criminal prosecution of Mr. Taylor. Please be advised that prior to April 2, 2014, we had conferred with and consulted with Mr. Ekl on behalf of our client, Mr. Wrana's estate, with respect to strategy and prosecution of civil claims against Park Forest and its police officers for the homicide of our decedent and your victim, John Wrana. This included the prospect of joint representation together with Mr. Ekl on the Estate's behalf against Park Forest and its police officers. Our client is not waiving any conflicts which may exist as a result of these events.

<div style="margin-left: 50%;">

Very truly yours,
NICHOLAS G. GRAPSAS, LTD.

By: *[signature]*
Nicholas G. Grapsas

</div>

**NGG**
Cc:    Terry Ekl