SHARON MANGERSON, Independent Executor
of the Estate of JOHN WRANA, JR., Deceased,

**Plaintiff**

v.                                                   Case No. 14 CV 4661

VILLAGE OF PARK FOREST, *et al.,*

**Defendants.**

<u>PLAINTIFF'S MOTION TO DISQUALIFY AND STRIKE THE APPEARANCES
OF TERRY A. EKL, TRACY STANKER AND EKL, WILLIAMS &
PROVENZALE LLC</u>

# EXHIBIT D

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
          COUNTY DEPARTMENT-CRIMINAL DIVISION

2

3

4   THE PEOPLE OF THE          )
    STATE OF ILLINOIS          )
5                              )
              vs.              )      No. 14CR6867
6                              )
    CRAIG TAYLOR               )
7

8                    REPORT OF PROCEEDINGS

9           REPORT OF PROCEEDINGS of the hearing

10   before HON. LUCIANO PANICI, on the 1st day of

11   July, 2014.

12

13      APPEARANCES:

14          HON.   ANITA ALVAREZ,
                   State's Attorney of Cook County, by
15          MS.    CLARISSA PALERMO,
                   Assistant State's Attorney,
16                 appeared for the People;

17

18          MR.    TERRY EKL,
            MS.    Tracy Stanker,
19                 Attorneys At Law,
                   appeared for the Defendant.

20

21

22

23   Beverly J. Hooker,
     Official Court Reporter
24   C.S.R. #084-001561

1    THE CLERK:  Craig Taylor.

2        MR. EKL:  Good morning, your Honor.  For the

3    record Terry Ekl, E-k-l, on behalf of Mr. Taylor.

4        MS. STANKER:  Tracy Stanker, S-t-a-n-k-e-r, on

5    behalf of Mr. Taylor.

6        THE COURT:  It's up for hearing today.

7        MS. PALERMO:  For the record, Assistant

8    State's Attorney Clarissa Palermo.  It's up for

9    hearing.  However, we are not calling any

10   witnesses.  We would rest on our previously filed

11   petition.

12       MR. EKL:  That's fine.  We won't call any

13   witnesses.  We filed an affidavit along with our

14   response which indicate there was no factual basis

15   or legal basis for the motion.

16       THE COURT:  All right.  Looking at the

17   response.

18       MS. PALERMO:  We are not calling any witnesses

19   based on the representation that the defendant is

20   under oath and knowingly waive any conflict.

21       THE COURT:  Based on the response filed by the

22   defendant and counsel for the defendant indicating

23   there is no conflict also, the fact that I believe

24   Mr. Taylor -- raise your right hand.

                            2

1                                              (witness sworn)

2          THE COURT:   Mr. Taylor, it's my understanding
3    that you are waiving any possible potential conflict
4    that may arise as a result of your representation by
5    Mr. Ekl.

6          THE DEFENDANT:   Yes.

7          THE COURT:  Based on that representation, the
8    court finds there is no conflict and Mr. Ekl is
9    allowed to proceed with the representation of the
10   defendant.

11         MR. EKL:  Counsel and I have talked about the
12   matter, what we would like to do.  First of all, we
13   have answer to discovery.  The State would like ten
14   days to comply.  That's fine with us.   We would
15   then like, if we could have the court set a bench
16   trial date on this case anytime after September 1
17   convenient for your schedule.  We believe the case
18   can tried in either three afternoons or two days.
19   There would be a number of witnesses, but they
20   should all be short.  What we'd like to do, there
21   would be a lot of scheduling issue, schedule it as
22   far out as possible so everybody can be notified
23   ahead of time.  Additionally, we have agreed that if
24   either side is going to call expert we would

                              3

1   exchange expert report 30 days before trial.

2   Hopefully, we can do that we will not occupy a lot

3   of your time between now and the trial. If we can

4   enter into any stipulations, we would do that ahead

5   of time so we can move the case along as fast as

6   possible.

7       THE COURT: How much time do you want to

8   respond, file your answer?

9       MS. PALERMO: I can do it within ten days. I

10  will get discovery to counsel. I have no problem

11  with setting it for trial today.

12      THE COURT: You have some outstanding

13  discovery?

14      MS. PALERMO: I do.

15      THE COURT: You want a status date?

16      MR. EKL: I don't think it's necessary. If we

17  have any disputes, we can motion the case up well

18  before trial. We're working well together in terms

19  of working out the issues.

20      THE COURT: You want what?

21      MS. PALERMO: Can we do the following week,

22  the 15th?

23      THE COURT: By agreement, 9-15?

24      MR. EKL: That will work.

4

1    THE COURT:  For bench?

2    MR. EKL:  Yes, bench trial.  If we can also

3    indicate for the file, we agreed to exchange expert

4    disclosure 30 days before trial.

5    MS. PALERMO:  That's correct.

6    MR. EKL:  If any.

7    THE COURT:  Expert disclosure.  30 days.

8    MS. PALERMO:  This may take a few days.  I

9    don't know if you need to block it off in your

10   schedule.

11   MR. EKL:  I have one other thing.  My client

12   has asked for permission to leave the state go to

13   Lake Geneva, Wisconsin, August 8 through 10, for a

14   class reunion for high school.

15   MS. PALERMO:  For the record, we are

16   objecting.

17   THE COURT:  Granted over State's objection.

18   MR. EKL:  Thank you.

19   MS. PALERMO:  Thank you.

20

21                      (The case was continued to

22                      September 15, 2014.)

23

24

```
1    IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT
2                    COOK COUNTY, ILLINOIS
3
4
5
6              I, BEVERLY J. HOOKER, Official Court
7    Reporter of the Circuit Court of Cook County, do
8    hereby certify that I reported the proceedings had
9    in the above-entitled cause, that I thereafter
10   caused the foregoing to be transcribed into
11   typewriting, which I hereby certify to be a true and
12   accurate transcript of the proceedings had on this
13   date.
14
15
16
17              _____
                Beverly J. Hooker,
18              Official Court Reporter #84-1561
19
20
21
22
23
24
```

6