*Mangerson v. Village of Park Forest, et al.*
Case No. 14 CV 4661
Our File No. 3053

# Exhibit A

Public Record Version of Certain Defendants' Response to Plaintiff's Motion to Compel: (1) the Production of Psychological Testing Records of [Redacted], (2) the Testimony of Former Chief of Police Butz Regarding Said Psychological Testing and Records, and (3) for Costs and Fees Incurred by Plaintiff in Compelling Said Testimony

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SHARON MANGERSON, Independent Executor of the Estate of JOHN WRANA, JR., Deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 14 CV 4661 |
| v. | ) ) | Honorable Amy J. St. Eve |
| VILLAGE OF PARK FOREST, *et al.*, | ) ) | Magistrate Judge Jeffrey J. Gilbert |
| Defendants. | ) | JURY TRIAL DEMANDED |

### CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL: (1) THE PRODUCTION OF PSYCHOLOGICAL TESTING RECORDS OF [REDACTED], (2) THE TESTIMONY OF FORMER CHIEF OF POLICE BUTZ REGARDING SAID PSYCHOLOGICAL TESTING AND RECORDS, AND (3) FOR COSTS AND FEES INCURRED BY PLAINTIFF IN <u>COMPELLING SAID TESTIMONY</u>

### PUBLIC RECORD VERSION

(FILED UNDER SEAL PURSUANT TO PARAGRAPH 7 OF CONFIDENTIALITY ORDER ENTERED IN THIS MATTER (DKT. 92) AND LR 26.2)

Dated: October 20, 2015    /s/ Jaclyn L. McAndrew
　　　　　　　　　　　　　JACLYN L. MCANDREW, Attorney No. 6309636
　　　　　　　　　　　　　*One of the Attorneys for Defendants Village of Park Forest, Michael Baugh, Craig Taylor, Lloyd Elliot and Mitch Greer*

James G. Sotos
Elizabeth A. Ekl
Joseph M. Polick
Amy P. Engerman
Jaclyn L. McAndrew
**THE SOTOS LAW FIRM, P.C.**
550 East Devon, Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
Fax: (630) 773-0980
jmcandrew@jsotoslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on October 20, 2015, I electronically filed the foregoing **Certain Defendants' Response to Plaintiff's Motion to Compel: (1) The Production of Psychological Testing Records of [Redacted], (2) The Testimony of Former Chief of Police Butz Regarding Said Psychological Testing and Records, and (3) For Costs and Fees Incurred by Plaintiff in Compelling Said Testimony** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the attached Service List:

                                        /s/ Jaclyn L. McAndrew
                                        JACLYN L. MCANDREW, Attorney No. 6309636
                                        *One of the Attorneys for Defendants Village of Park Forest, Michael Baugh, Craig Taylor, Lloyd Elliot and Mitch Greer*

*Mangerson v. Village of Park Forest, et al*<br>
**Case No. 14 CV 4661**<br>
**-SERVICE LIST-**

***Attorneys for Plaintiff***
Nicholas G. Grapsas, Esq.
Nicholas G. Grapsas, LTD.
1642 Colonial Parkway, Second Floor
Inverness, IL. 60067
847-963-0100
847-496-4148 (fax)
nggsr@comcast.net

Alice E. Dolan, Esq.
Alice E. Dolan & Associates LLC
30 West Monroe Street, Suite 800
Chicago, Illinois 60603
312-386-1600
312-386-1616 (fax)
aed@dolanlaw.com

Paul D. Geiger
Law Offices of Paul D. Geiger
540 North Frontage Road, Suite 3020
Northfield, Illinois 60093
312-609-0060
pauldgeiger@gmail.com

Ronald C. Dahms
Law Offices of Ronald C. Dahms
135 South LaSalle Street, Suite 3300
Chicago, IL 60603
312-609-0060
rdahms81@yahoo.com

***Attorneys for Defendant Charlie Hoskins***
Terry A. Ekl
Tracy L. Stanker
Ekl, Williams & Provenzale, LLC
901 Warrenville Road, #175
Lisle, IL 60532
630-654-0045
tekl@eklwilliams.com
tstanker@eklwilliams.com