# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sharon Mangerson

                                      Plaintiff,

v.                                                                             Case No.: 1:14–cv–04661

                                                                                  Honorable Amy J. St. Eve

Village of Park Forest, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2015:

       MINUTE entry before the Honorable Amy J. St. Eve:Plaintiffs' motion for leave to file under seal on October 26, 2015 Plaintiff's reply in support of her motion to compel(1) The production of psychological testing records of [redacted], (2) The testimony of former Chief of Police Butz regarding said psychological testing and records, and (3) for costs and fees incurred by plaintiff in compelling said testimony [147] is granted. No appearance is required on the motion. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.