*Mangerson v. Village of Park Forest, et al.*
Case No. 14 CV 4661
Our File No. 3053

# Exhibit A

## Oct. 30, 2015 Emails between Ekl and Ainsworth

| | |
|---|---|
| **From:** | Elizabeth A. Ekl |
| **Sent:** | Friday, October 30, 2015 3:23 PM |
| **To:** | Russell Ainsworth |
| **Cc:** | Steven Art; Terry Ekl; Joseph M. Polick; Dolan, Alice; Loos, Kathleen; Amy P. Engerman; Liza Oliva; Jim Sotos; Nicholas G. Grapsas; Paul Geiger; rdahmslaw; Tracy Stanker; Jon Loevy; Roshna Keen; Julie Goodwin; Lauren Lebata; Kelsey Lutz; Melissa Stein; Ashley Peterson; Jaclyn L. McAndrew; Sarah Pfander |
| **Subject:** | Re: Mangerson v. Park Forest, et al. - Defendants' Depositions |

Yes, thank you.  We will let you know once we are able to confirm which officer will be presented on each of the proposed dates.

Sent from my iPhone

On Oct 30, 2015, at 3:18 PM, Russell Ainsworth <russell@loevy.com> wrote:

> Beth,
>
> We appreciate your efforts to work to a mutually-agreeable resolution. As you know, we have sought a discovery extension from the Court. We would agree not to use the fact that the depositions were being pushed back from next week to the following week as a basis on which to argue that Plaintiff requires an extension to the discovery schedule.
>
> I trust this addresses your concern, but if not, please contact me.
>
> Best,
>
> Russell
>
> On Fri, Oct 30, 2015 at 2:32 PM, Elizabeth A. Ekl <EEkl@jsotoslaw.com> wrote:
>
>> Steve and Russell:
>>
>> In follow-up to our phone conversation earlier today, we are currently working with the Department to reschedule the depositions of Greer, Elliot, Baugh and Taylor for 11/16, 11/23, 11/24 and 11/25.  We will agree to do so provided that you do not use the requested delay as a basis to extend discovery. We cannot agree to move the current schedule if it will require fact discovery to be extended.  If it is your intention to seek more time to conduct follow-up discovery at the conclusion of the officers' depositions that cannot otherwise be completed by the current deadline, then we must insist on proceeding with the previously agreed deposition schedule.
>>
>> Please confirm this agreement and we will continue to rearrange schedules to accommodate your requested alteration to the current schedule.

Best,

Beth