

Steven Art <steve@loevy.com>

## Wrana v. Village of Park Forest, et al. - Bates-stamped Docs PF 9423-9440

**Russell Ainsworth** <russell@loevy.com>      Thu, Nov 12, 2015 at 2:05 PM
To: Alyssa Menegon <AMenegon@jsotoslaw.com>
Cc: Nicholas G Grapsas <nggsr@comcast.net>, "Geiger, Paul" <pauldgeiger@gmail.com>, "Dolan, Alice" <aed@adolanlaw.com>, "rdahms81@yahoo.com" <rdahms81@yahoo.com>, Terry Ekl <tekl@eklwilliams.com>, Tracy Stanker <tstanker@eklwilliams.com>, "jon@loevy.com" <jon@loevy.com>, "roshna@loevy.com" <roshna@loevy.com>, "steve@loevy.com" <steve@loevy.com>, "julie@loevy.com" <julie@loevy.com>, "Kelsey@loevy.com" <Kelsey@loevy.com>, "Ashley@loevy.com" <Ashley@loevy.com>, "melissa@loevy.com" <melissa@loevy.com>, "lauren@loevy.com" <lauren@loevy.com>, "Elizabeth A. Ekl" <EEkl@jsotoslaw.com>, "Amy P. Engerman" <AEngerman@jsotoslaw.com>, "Jaclyn L. McAndrew" <JMcAndrew@jsotoslaw.com>, "Joseph M. Polick" <JPolick@jsotoslaw.com>

Counsel,

Pursuant to Plaintiff's First Request for Production No. 3 to Defendant Taylor and Plaintiff's First Request for Production No. 12 to Defendant Park Forest (among other applicable requests), please immediately produce all documents in Defendants' possession relating to the Indiana State Police investigation or the administrative leave referenced at document PF 9435. Because Defendant Taylor's deposition is proceeding on Monday, please produce these documents today.

If you are unable to comply with this request, please let me know today, and kindly provide a basis for your refusal.

Best,

Russell
[Quoted text hidden]