

**Steven Art <steve@loevy.com>**

# Wrana v. Village of Park Forest, et al. - Bates-stamped Docs PF 9423-9440

**Amy P. Engerman** <AEngerman@jsotoslaw.com>                    Fri, Nov 13, 2015 at 10:48 AM
To: Russell Ainsworth <russell@loevy.com>
Cc: Nicholas G Grapsas <nggsr@comcast.net>, "Geiger, Paul" <pauldgeiger@gmail.com>, "Dolan, Alice"
<aed@adolanlaw.com>, "rdahms81@yahoo.com" <rdahms81@yahoo.com>, Terry Ekl <tekl@eklwilliams.com>,
Tracy Stanker <tstanker@eklwilliams.com>, "jon@loevy.com" <jon@loevy.com>, "roshna@loevy.com"
<roshna@loevy.com>, "steve@loevy.com" <steve@loevy.com>, "julie@loevy.com" <julie@loevy.com>,
"Kelsey@loevy.com" <Kelsey@loevy.com>, "Ashley@loevy.com" <Ashley@loevy.com>, "melissa@loevy.com"
<melissa@loevy.com>, "lauren@loevy.com" <lauren@loevy.com>, "Elizabeth A. Ekl" <EEkl@jsotoslaw.com>,
"Jaclyn L. McAndrew" <JMcAndrew@jsotoslaw.com>, "Joseph M. Polick" <JPolick@jsotoslaw.com>, Alyssa
Menegon <AMenegon@jsotoslaw.com>

Counsel

I have verified that we have turned over all documents in the possession of Park Forest related to the Indiana State Police
investigation or the administrative leave of Officer Taylor.

Thank you.

Amy



Amy Engerman

The Sotos Law Firm, P.C.

550 East Devon Avenue

Suite 150

Itasca, Illinois  60143

630-735-3307 (direct)

630-773-0980 (fax)

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.  It
contains information that is confidential and it may be protected by the attorney/client or other privileges.  This e-mail,
including attachments, constitutes non-public information intended to be conveyed only to the designated recipients.  If
you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or
at 630-735-3300.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including
attachments, is prohibited and may be unlawful.

**From:** Russell Ainsworth [mailto:russell@loevy.com]
**Sent:** Thursday, November 12, 2015 5:42 PM
**To:** Alyssa Menegon
**Cc:** Nicholas G Grapsas; Geiger, Paul; Dolan, Alice; rdahms81@yahoo.com; Terry Ekl; Tracy Stanker; jon@loevy.com; roshna@loevy.com; steve@loevy.com; julie@loevy.com; Kelsey@loevy.com; Ashley@loevy.com; melissa@loevy.com; lauren@loevy.com; Elizabeth A. Ekl; Amy P. Engerman; Jaclyn L. McAndrew; Joseph M. Polick
**Subject:** Re: Wrana v. Village of Park Forest, et al. - Bates-stamped Docs PF 9423-9440

[Quoted text hidden]