1/22/2016 Loevy & Loevy Mail - RE: Wrana v. Village of Park Forest, et al.

Case: 1:14-cv-04661 Document #: 160-3 Filed: 01/25/16 Page 1 of 2 PageID #:1571



Steven Art <steve@loevy.com>

## RE: Wrana v. Village of Park Forest, et al.

**Amy P. Engerman** <AEngerman@jsotoslaw.com>  Tue, Dec 1, 2015 at 2:45 PM
To: Russell Ainsworth <russell@loevy.com>
Cc: Nicholas G Grapsas <nggsr@comcast.net>, "Geiger, Paul" <pauldgeiger@gmail.com>, "Dolan, Alice" <aed@adolanlaw.com>, "rdahms81@yahoo.com" <rdahms81@yahoo.com>, Terry Ekl <tekl@eklwilliams.com>, Tracy Stanker <tstanker@eklwilliams.com>, "jon@loevy.com" <jon@loevy.com>, "roshna@loevy.com" <roshna@loevy.com>, "steve@loevy.com" <steve@loevy.com>, "julie@loevy.com" <julie@loevy.com>, "Kelsey@loevy.com" <Kelsey@loevy.com>, "Ashley@loevy.com" <Ashley@loevy.com>, "melissa@loevy.com" <melissa@loevy.com>, "lauren@loevy.com" <lauren@loevy.com>, "Elizabeth A. Ekl" <EEkl@jsotoslaw.com>, "Jaclyn L. McAndrew" <JMcAndrew@jsotoslaw.com>, "Joseph M. Polick" <JPolick@jsotoslaw.com>, Alyssa Menegon <AMenegon@jsotoslaw.com>

Counsel

On November 13, we advised you Park Forest was not in possession of additional documents relating to the Indiana State Police investigation of Officer Taylor. Upon further investigation, we learned of one additional document – a one-page document from the Department of Children and Family Services – that is in the possession of the Park Forest Police Department. This document is being withheld in accordance with the Abused and Neglected Child Reporting Act, the Children and Family Services Act, the Illinois Administrative Code, as well as protections provided by the law enforcement privilege as there is an ongoing investigation.

Thank you.

Amy

Amy Engerman

The Sotos Law Firm, P.C.

550 East Devon Avenue

Suite 150

Itasca, Illinois  60143

630-735-3307 (direct)

630-773-0980 (fax)

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.  It contains information that is confidential and it may be protected by the attorney/client or other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients.  If

you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.