Sharon Mangerson
                                        Plaintiff,

v.                                                                              Case No.: 1:14–cv–04661
                                                                             Honorable Amy J. St. Eve

Village of Park Forest, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2016:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 1/28/2016 and continued to 3/9/16 at 8:30 a.m. Plaintiff's motion to compel [160] is entered. Response by 2/11/16. Reply by 2/16/16. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.